Nathan A. Oyster (SBN 225307)
E-mail: noyster@bwslaw.com
Caylin W. Jones (SBN 327829)
E-mail: cjones@bwslaw.com
Delaney K. Sirmay (SBN 345397)
E-mail: dsirmay@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, 40th Floor
Los Angeles, California 90071-2942
Tel: 213.236.0600  Fax: 213.236.2700

Attorneys for Defendant
CITY OF TUSTIN (sued as the Tustin Police Department)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA GILSON,<br><br>    Plaintiff,<br><br>v.<br><br>TUSTIN UNIFIED SCHOOL DISTRICT SUPERINTENDENT GRANT LITFIN; DIRECTOR OF EDUCATION SERVICES STEPHANIE YANG; PRINCIPAL KATHI DENNY; TEACHER MARINA BARRIOS; TUSTIN UNIFIED SCHOOL BOARD MEMBER LYNN DAVIS; TUSTIN POLICE DEPARTMENT and DOES 1 through 10,<br><br>    Defendant. | Case No. 8:25-cv-00227-SB-PD<br><br>**DEFENDANT CITY OF TUSTIN'S EIGHTH STATUS REPORT RE: PLAINTIFF GILSON'S CRIMINAL MATTER**<br><br>Magistrate Judge: Patricia Donahue |

Defendant CITY OF TUSTIN, by and through its undersigned counsel, hereby submits this Eighth Status Report regarding Plaintiff JOSHUA GILSON's state misdemeanor proceedings, pursuant to Dkt. 53.

4932-5865-0253 v1

1

Case No. 8:25-cv-00227-SB-PD
DEFENDANT CITY'S EIGHTH STATUS REPORT

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

## CRIMINAL CASE STATUS

1. Plaintiff Joshua Gilson is a defendant in *People of the State of California v. Joshua Gilson*, Orange County Superior Court Case No. 24CM12102 (hereinafter "the Gilson criminal matter"). In the Gilson criminal matter, defendant Gilson was found guilty by a jury with one misdemeanor violation of *Penal Code* § 602.1(b), Obstructing a Public Business Establishment.

2. On June 26, 2025, Defendant Gilson filed a Notice of Appeal in the Gilson criminal matter. Attached hereto as Exhibit "A" is a true and correct copy of Plaintiff's public docket in the appeal of *People of the State of California v. Joshua Gilson*, Orange County Superior Court Case No. 24CM12102A, as of February 12, 2026. Exhibit "A" establishes that Gilson's criminal matter is on appeal and that a "Notice of Appeal" was filed on June 26, 2025.

3. Although Plaintiff submitted a filing in this case (Dkt. 68) indicating that additional filings have been made in the criminal matter on appeal, the public document reflects that no other filings have been made in Gilson's appellate case as of the date of this status report. Furthermore, even if additional filings have been made in the criminal matter on appeal that are not reflected in the public docket, those additional filings would not impact the substance of this report.

4. On September 12, 2025, Plaintiff filed a "Motion to Temporarily Lift Stay For the Limited Purposes of (1) Filing a Second Amended Complaint and (2) Issuing Subpoenas and Notices for the Preservation of Evidence." (Dkt. 58). All Defendants timely opposed Plaintiff's Motion (Dkts. 60-62) and the matter was heard on October 10, 2025. After hearing oral arguments, the Court took the matter under submission. (Dkt. 65). On January 6, 2026, the Court denied Plaintiff's Motion to Lift the Stay. (Dkt. 69).

5. Because the Gilson criminal matter remains on appeal, this case should remain stayed pursuant to the *Younger* abstention doctrine. (Dkt. 53, p. 5, "Younger abstention is warranted until the appeal process is complete. 'For Younger purposes,

the State's trial-and-appeals process is treated as a unitary system, and for a federal court to disrupt its integrity by intervening in midprocess would demonstrate a lack of respect for the State as sovereign.' *New Orleans Pub. Serv., Inc. v. Council of City of New Orleans*, 491 U.S. 350, 369 (1989).").

6. Accordingly, the City of Tustin requests that this case remain stayed until the Gilson criminal matter, including its appeal, resolves. The City will continue to provide this Court with monthly status reports until the stay has been lifted or this Court instructs otherwise.

Dated: February 12, 2026              BURKE, WILLIAMS & SORENSEN, LLP

By:     */s/ Delaney K. Sirmay*
Nathan A. Oyster
Caylin W. Jones
Delaney K. Sirmay
Attorneys for Defendant
CITY OF TUSTIN (sued as the Tustin Police Department)

Burke, Williams & Sorensen, LLP
Attorneys at Law
Los Angeles

4932-5865-0253 v1

3

Case No. 8:25-cv-00227-SB-PD
DEFENDANT CITY'S EIGHTH STATUS REPORT

# EXHIBIT A

Case Summary:

| Case Id: | 24CM12102A |
| --- | --- |
| Case Title: | PEOPLE OF THE STATE OF CALIFORNIA VS. GILSON |
| Case Type: | MISC COMPLAINTS - OTHER |
| Filing Date: | 06/26/2025 |
| Category: | CIVIL - LIMITED |

Register Of Actions:

| ROA | Docket | Filing Date | Filing Party | Document | Select |
| --- | --- | --- | --- | --- | --- |
| 1 | LEGACY CASE INITIATED. | 06/26/2025 | | *NV* | |
| 2 | NOTICE OF APPEAL ([06/26/2025]) FILED | 06/26/2025 | | *NV* | |

Participants:

| Name | Type | Assoc | Start Date | End Date |
| --- | --- | --- | --- | --- |
| PEOPLE OF THE STATE OF CALIFORNIA | RESPONDENT ON APPEAL | | 07/08/2025 | |
| JOSHUA DAVID GILSON | APPELLANT | | 07/08/2025 | |

Hearings:

| Description | Date | Time | Department | Judge |
| --- | --- | --- | --- | --- |

Print this page