# Exhibit 1



SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF ORANGE

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA,<br><br>               Plaintiff,<br><br>vs.<br><br>Gilson Joshua David<br><br>               Defendant. | CASE NO. 24CM12102<br><br>DECLARATION RE ELECTRONIC MONITOR RECORDING NOT AVAILABLE |

    I, Nermina Dujanovic, Office Specialist, do hereby declare that on case 24CM12102 Gilson hearing dated 06/03/25 in courtroom C53 the mics were all muted for certain portion of the jury trail; please refer to the transcript Volume I page 241 lines 14-18. That portion of the hearing is not audible therefore our office won't be able to produce transcripts.

Date: January 28, 2026

_Nermina Dujanovic_
Nermina Dujanovic
Office Specialist
Court Reporter Services